

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 25, 2014**

_____
**United States Bankruptcy Judge**
_____

MTDZ 0013.000753

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

IN RE:
MIOSHA WOODS

CASE NO: 10-70523-HDH-13
DATED: February 21, 2014
HEARING DATE: November 20, 2013

**ORDER DISMISSING CASE PURSUANT TO INTERLOCUTORY ORDER WITH PREJUDICE**

Pursuant to the Interlocutory Order with Prejudice entered on NOVEMBER 22, 2013 providing that, if the Debtor(s) does/do not comply with such order the case would be Dismissed without further notice to the Debtor(s).  Debtor(s) has/have failed to COMPLY WITH THE INTERLOCUTORY ORDER.

It is therefore ORDERED that the above styled and numbered case is hereby DISMISSED WITH PREJUDICE FOR 180 DAYS.

It is further ORDERED that above styled and numbered case will be CLOSED twenty-one (21) days after the entry of this Order of Dismissal provided that it is a single debtor case or a joint debtor case and both debtors are being dismissed.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424